OPINION

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DILMA VILLALOBOS, § | | |
| Movant, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. B-03-174 |
| § | | |
| TOM RIDGE, Secretary of Homeland § | | |
| Security and JOHN ASHCROFT, Attorney § | | |
| General of the United States, § | | |
| Respondents. § | | |

### MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

Before the Court is Movant Dilma Villalobos's habeas corpus application in which she requests a stay of removal (Docket No. 1). On September 1, 2005, the Court reviewed the above-captioned matter and determined that that Movant was deported to Honduras through Houston on November 6, 2003. Accordingly, Movant's request for a stay of deportation cannot now be granted and Movant's habeas corpus motion should be dismissed. Furthermore, despite being represented by counsel, Movant has failed to take any action in this case since the initial filing of her habeas corpus action. Under the inherent powers necessarily vested in a court to manage its own affairs, this Court is of the opinion that dismissal for want of prosecution is also appropriate. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Larson v. Scott*, 157 F.3d 1030, 1032 (5th Cir. 1998) (noting that a district court may sua sponte dismiss an action for failure to prosecute or for failure to comply with a court order).

## RECOMMENDATION

For the aforementioned reasons, this Court recommends that this cause of action be DISMISSED.

## NOTICE TO PARTIES

A party's failure to file written objections to the proposed findings, conclusion, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon the grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusion accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this <u>6th</u> day of September 2005.

_____
Felix Recio
United States Magistrate Judge