# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



James S Phillips
Phillips & Phillips
530 E Central
Wichita KS 67202

United States Courts
Southern District of Texas
FILED

SEP 2 0 2005

Michael N. Milby, Clerk

---

Case: 1:03-cv-00174   Instrument: 2   (2 pages)
Date: Sep 6, 2005
Control: 05096808
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
        and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
        and
Register on-line for a training class to receive your user privileges.