UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORDER

United States District Court
Southern District of Texas
ENTERED

**OCT 1 1 2005**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DILMA VILLALOBOS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-174 |
| | § | |
| TOM RIDGE, Secretary of Homeland | § | |
| Security Department, et al | | |
| Respondents. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that this cause of action is hereby DISMISSED.

DONE at Brownsville, Texas this 11 day of October, 2005.

_____
Hilda Tagle
United States District Judge