# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

James S Phillips
Phillips & Phillips
530 E Central
Wichita KS 67202

---

Case: 1:03-cv-00174 Instrument: 4 (1 pages)
Date: Oct 12, 2005
Control: 051017259
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

Hasler

$00.37[0]
10.12.2005
Mailed From 77002
US POSTAGE

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 25 2005

MICHAEL N. MILBY, CLERK OF COURT

NIXIE 1 08 10/19/05

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
RETURN TO SENDER

67202%1060 C007
77208-1010